

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| MINH VU HOANG | : Case No. 05-21078-TJC |
| THANH HOANG | : Case No. 05-25738-TJC |
| | : (Chapter 7) |
| Debtor | : (Jointly Administered Under |
| | : No. 05-21078-TJC) |
| _____ | : |
| | : |
| GARY A. ROSEN, CHAPTER 7 TRUSTEE | : |
| FOR MINH VU HOANG AND THANH HOANG | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Adversary Proceeding |
| | : No. 09-00504 |
| BAY GENERAL PARTNERSHIP | : |
| EDITH D. PURDIE | : |
| ALEXANDER KHANH ANH LE | : |
| | : |
| Defendants | : |

**ORDER ENTERING JUDGMENT BY DEFAULT AGAINST DEFENDANTS
BAY GENERAL PARTNERSHIP, EDITH D. PURDIE
<u>AND ALEXANDER KHANH ANH LE</u>**

Upon the Plaintiff's *Verified Application for Entry of Default* heretofore filed herein, and it appearing to the Court that notwithstanding that the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le were served with a copy of the *Complaint* and the *Summons and Notice of Pre-Trial Conference* as appears by reference to the *Certificate of Service* heretofore filed herein, said Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le having failed to respond to said *Complaint* and *Summons* or otherwise to enter an appearance herein; and it further;

APPEARING that on September 15, 2009, the Clerk of this Court entered a default as to the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le; and it further

APPEARING that the entry of judgment by default against the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le is appropriate pursuant to Federal Rule 55(b)(2) (made applicable to these proceedings by Bankruptcy Rule 7055);

Upon careful consideration of the foregoing, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment by default against the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le be, and the same hereby is, GRANTED; and it is further

ORDERED that the real property located, known and designated as 5955 Hil Mar Drive, District Heights, MD 20747 be, and the same hereby is, DECLARED to be the lawful property of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that a constructive trust be, and the same hereby is, IMPOSED upon 5955

Hil Mar Drive, District Heights, MD 20747 for the exclusive benefit of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le be, and they hereby are, ADJUDGED and DECLARED to be without any legal right, title or interest in 5955 Hil Mar Drive, District Heights, MD 20747; and it is further

ORDERED that the Plaintiff/Trustee be, and he hereby is, ADJUDGED and DECLARED to be entitled to all dominion and control over 5955 Hil Mar Drive, District Heights, MD 20747; and it is further

ORDERED that the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le and all persons acting in concert or cooperation with them, deliver and turnover to Gary A. Rosen, Trustee, all of the right, title and interest of Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le in and to 5955 Hil Mar Drive, District Heights, MD 20747 including, *inter alia*, the execution and delivery to Gary A. Rosen, Trustee, of a good and sufficient Deed to 5955 Hil Mar Drive, District Heights, MD 20747 in form and content sufficient to effect change of record title thereto among the Land Records of Prince George's County, Maryland; and it is further

ORDERED that the Defendants Bay General Partnership, Edith D. Purdie and Alexander Khanh Anh Le, and all persons acting in cooperation with them be, and they hereby are, PERMANENTLY ENJOINED from taking any action to hinder, instruct, impede or otherwise frustrate the Trustee in his management of 5955 Hil Mar Drive, District Heights, MD 20747 and the marketing and sale of 5955 Hil Mar Drive, District Heights, MD 20747.

**END OF ORDER**